utility patents, U.S. Patent No. 8,506,347 ("'347 patent") and U.S. Patent No. 8,182,-310 ("'310 patent"), that Anastasios Koskinas is not an inventor of these patents, and that the district court properly found that Johnson did not abandon her ownership rights in the aforementioned patents and that Chico's had acquired these rights. We remand to the district court to correct inventorship as appropriate pursuant to 35 U.S.C. § 256.

We dismiss as moot the appeal from the district court's order determining that the '347 patent and claims 1–2, 4–9, and 11–20 of the '310 patent are invalid as anticipated by the Natori Peony Contour prior art.

In light of this disposition, as Chico's cross appeal is conditional, we do not reach the issue of whether Clair engaged in inequitable conduct.

No costs.

ANTHONY G. SIMON, The Simon Law Firm, P.C., St. Louis, MO, argued for plaintiff-appellant. Also represented by BENJAMIN R. ASKEW, MICHAEL P. KELLA, TIMOTHY DAVID KRIEGER.

ALAN M. FISCH, Fisch Sigler, LLP, Washington, DC, argued for defendants-appellees. Also represented by JOHN T. BATTAGLIA, ROY WILLIAM SIGLER, JENNIFER ROBINSON, JEFFREY MATTHEW SALTMAN; DAVID M. SAUNDERS, San Jose, CA.

(Lourie, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**APPISTRY, LLC, Plaintiff-Appellant**

v.

**AMAZON.COM, INC., Amazon Web Services, Inc., Defendants-Appellees**

2015-2077

United States Court of Appeals, Federal Circuit.

February 10, 2017

**Britney L. BAIN, Petitioner**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent**

2016-1333

United States Court of Appeals, Federal Circuit.

February 10, 2017